UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY MONTERO,<br><br>                       Plaintiff,<br><br>-against-<br><br>NEW YORK CITY HOUSING AUTHORITY,<br><br>                       Defendant. | 24 CIVIL 8104 (LTS)<br><br>**CIVIL JUDGMENT** |

    For the reasons stated in the December 10, 2024, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   December 13, 2024
           New York, New York

                                                           /s/ Laura Taylor Swain
                                                           LAURA TAYLOR SWAIN
                                                       Chief United States District Judge